DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICKOLAS WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2620

[May 25, 2023]

Appeal from the Circuit Court of the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 95-66CF10B.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***